UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YVETTE YURI LANUZA DIGAN, ) | |
|     Plaintiff ) | |
| ) | |
| VS. ) | |
| ) | 4:25-CV-11448-MRG |
| HENRY PHARRIS, PI TAU ELDERS, ) | |
| INC., ZETA PSI FRATERNITY, INC., ) | |
| and WORCESTER POLYTECHNIC ) | |
| INSTITUTE, ) | |
|     Defendants ) | |

### ANSWER, CROSSCLAIM AND CLAIM OF JURY TRIAL OF THE DEFENDANT, HENRY PHARRIS

### INTRODUCTION

1. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 1 of the Plaintiff's Complaint.

2. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 2 of the Plaintiff's Complaint.

### JURISDICTION AND VENUE

3. The Defendant, HENRY PHARRIS, resides in Massachusetts during the school year, is a student at Worcester Polytechnic Institute and admits the remaining allegations contained in Paragraph 3 of the Plaintiff's Complaint.

4. The Defendant, HENRY PHARRIS, admits the allegations contained in Paragraph 4 of the Plaintiff's Complaint.

### PARTIES

5. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 5 of the Plaintiff's Complaint.

6. The Defendant, HENRY PHARRIS, admits that he resides in Massachusetts during the school year and that he is a student at Worcester Polytechnic Institute. The Defendant, Henry Pharris, admits the remaining allegations contained in Paragraph 6 of the Plaintiff's Complaint.

7. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 7 of the Plaintiff's Complaint.

8. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 8 of the Plaintiff's Complaint.

9. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 9 of the Plaintiff's Complaint.

## **FACTUAL ALLEGATIONS**

10. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 10 of the Plaintiff's Complaint.

11. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 11 of the Plaintiff's Complaint.

12. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 12 of the Plaintiff's Complaint.

13. The Defendant, HENRY PHARRIS, admits the allegations contained in Paragraph 13 of the Plaintiff's Complaint.

14. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 14 of the Plaintiff's Complaint.

15. The Defendant, HENRY PHARRIS, denies the allegations contained in Paragraph 15 of the Plaintiff's Complaint as phrased.

    a-d. The Defendant, HENRY PHARRIS denies the allegations contained in Paragraph 15a-d. of the Plaintiff's Complaint as phrased.

16. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 16 of the Plaintiff's Complaint.

    a-c. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 16a-c. of the Plaintiff's Complaint.

17. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 17 of the Plaintiff's Complaint.

18. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 18 of the Plaintiff's Complaint.

19. The Defendant, HENRY PHARRIS, denies the allegations contained in Paragraph 19 of the Plaintiff's Complaint.

20. The Defendant, HENRY PHARRIS, denies the allegations contained in Paragraph 20 of the Plaintiff's Complaint.

21. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 21 of the Plaintiff's Complaint.

22. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 22 of the Plaintiff's Complaint.

## ZETA PSI'S CONTROL AND RESPONSIBILITY

23. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 23 of the Plaintiff's Complaint.

    a-h. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraphs 23a-h. of the Plaintiff's Complaint.

24. The Defendant, HENRY PHARRIS, admits the allegations contained in Paragraph 24 of the Plaintiff's Complaint.

25. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 25 of the Plaintiff's Complaint.

26. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 26 of the Plaintiff's Complaint.

27. The Defendant, HENRY PHARRIS, admits that the Fraternity organizations had oversight over Fraternity activities and denies the remaining allegations contained in Paragraph 27 of the Plaintiff's Complaint.

28. The Defendant, HENRY PHARRIS, admits that the Fraternity organizations are vicariously liable for the acts and omissions of the members and denies the remaining allegations contained in Paragraph 28.

29. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 29 of the Plaintiff's Complaint.

30. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 30 of the Plaintiff's Complaint.

    a-i. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 30a-i. of the Plaintiff's Complaint.

31. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 31 of the Plaintiff's Complaint.

32. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 32 of the Plaintiff's Complaint.

### WPI'S CONTROL AND RESPONSIBILITY

33. The Defendant, HENRY PHARRIS, admits that WPI exercises substantial control over Fraternities and denies the remaining allegations of Paragraph 33 of the Plaintiff's Complaint.

    a-g.  The Defendant, HENRY PHARRIS, admits that WPI exercises substantial control over fraternities and denies the remaining allegations of Paragraph 33a-g. of the Plaintiff's Complaint.

34. The Defendant, HENRY PHARRIS, admits the allegations contained in Paragraph 34 of the Plaintiff's Complaint.

35. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 35 of the Plaintiff's Complaint.

36. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 36 of the Plaintiff's Complaint.

37. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 37 of the Plaintiff's Complaint.

38. The Defendant, HENRY PHARRIS, denies the allegations contained in Paragraph 38 of the Plaintiff's Complaint.

39. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 39 of the Plaintiff's Complaint.

40. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 40 of the Plaintiff's Complaint.

41. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 41 of the Plaintiff's Complaint and therefore, denies same.

42. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 42 of the Plaintiff's Complaint.

   a-g. The Defendant, HENRY PHARRIS, lacks sufficient knowledge to either admit or deny the allegations contained in Paragraph 42a-g. of the Plaintiff's Complaint.

43. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 43 of the Plaintiff's Complaint.

## COUNT I:  NEGLIGENCE
### (AGAINST ALL DEFENDANTS)

44. The Defendant, HENRY PHARRIS, repeats and reaffirms all his previous answers to the Plaintiff's Complaint as if fully set forth herein.

45. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 45 of the Plaintiff's Complaint.

46. The Defendant, HENRY PHARRIS, denies the allegations contained in Paragraph 46 of the Plaintiff's Complaint.

47. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 47 of the Plaintiff's Complaint.

48. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 48 of the Plaintiff's Complaint.

49. The Defendant, HENRY PHARRIS, denies each and every allegation against him contained in Paragraph 49 of the Plaintiff's Complaint.

## COUNT II:  PREMISES LIABILITY
### (AGAINST PI TAU ELDERS, INC., AND ZETA PSI)

50. The Defendant, HENRY PHARRIS, repeats and reaffirms all his previous answers to the Plaintiff's Complaint as if fully set forth herein.

51-54. The Defendant, HENRY PHARRIS, files no answer to Count II, Paragraphs 51 through 54 of Plaintiff's Complaint as, upon belief, Count II is not directed toward said Defendant and no allegations are made against said Defendant, and therefore no answer is required.  To the extent said allegations sound in negligence against HENRY PHARRIS, Defendant denies.

### COUNT III:  NEGLIGENT SUPERVISION
### (AGAINST ZETA PSI AND WPI)

55. The Defendant, HENRY PHARRIS, repeats and reaffirms all his previous answers to the Plaintiff's Complaint as if fully set forth herein.

56-59. The Defendant, HENRY PHARRIS, files no answer to Count III, Paragraphs 56 through 59 of Plaintiff's Complaint as, upon belief, Count III is not directed toward said Defendant and no allegations are made against said Defendant, and therefore no answer is required.  To the extent said allegations sound in negligence against HENRY PHARRIS, Defendant denies.

### COUNT IV:  NEGLIGENT BREACH OF ASSUMED DUTY
### (AGAINST ZETA PSI AND WPI)

60. The Defendant, HENRY PHARRIS, repeats and reaffirms all his previous answers to the Plaintiff's Complaint as if fully set forth herein.

61-67. The Defendant, HENRY PHARRIS, files no answer to Count IV, Paragraphs 61 through 67 of Plaintiff's Complaint as, upon belief, Count IV is not directed toward said Defendant and no allegations are made against said Defendant, and therefore no answer is required.  To the extent said allegations sound in negligence against HENRY PHARRIS, Defendant denies.

### COUNT V:  AGENCY
### (AGAINST ZETA PSI)

68. The Defendant, HENRY PHARRIS, repeats and reaffirms all his previous answers to the Plaintiff's Complaint as if fully set forth herein.

69-75. The Defendant, HENRY PHARRIS, files no answer to Count V, Paragraphs 69 through 75 of Plaintiff's Complaint as, upon belief, Count V is not directed toward said Defendant and no allegations are made against said Defendant, and therefore no answer is required.  To the extent said allegations sound in negligence against HENRY PHARRIS, Defendant denies.

### FIRST DEFENSE

And further answering, the Defendant says that the Plaintiff's Complaint fails to set forth facts constituting a cause of action, and therefore the Plaintiff cannot recover.

### SECOND DEFENSE

And further answering, the Defendant says that he reserves the right to assert a comparative negligence defense should the evidence support it pursuant to M.G.L. c. 231, §85.

### THIRD DEFENSE

And further answering, the Defendant says that the Plaintiff's alleged injuries and damages were caused in whole or in part by persons other than the Defendant, his agents, servants or employees, and the Plaintiff's alleged injuries and damages were caused in whole or in part by persons for whose conduct the Defendant is not responsible, and therefore the Plaintiff cannot recover.

### FOURTH DEFENSE

And further answering, the Defendant says that the Plaintiff's alleged injuries and damages were not caused by the Defendant and therefore, the Plaintiff may not recover.

### FIFTH DEFENSE

And further answering, the Defendant says that the Plaintiff failed to mitigate her damages and therefore, the Plaintiff cannot recover.

## **CROSSCLAIM**

## **PARTIES**

1. The Crossclaim Plaintiff, HENRY PHARRIS, resides in Massachusetts during the school year and is a student at Worcester Polytechnic Institute.

2. The Crossclaim Defendant, PI TAU ELDERS, INC., upon information and belief, is a Massachusetts corporation with a principal place of business at 462 Leicester Street, Auburn, Worcester County, Massachusetts (c/o Geoffrey McElroy).

3. The Crossclaim Defendant, ZETA PSI FRATERNITY, INC., upon information and belief, is a New York corporation with a mailing address for service of process of 15 South Henry Street, Pearl River, Rockland County, New York.

4. The Crossclaim Defendant, WORCESTER POLYTECHNIC INSTITUTE, upon information and belief, in a Massachusetts corporation with a principal place of business at 100 Institute Road, Worcester, Worcester County, Massachusetts.

## COUNT I - CONTRIBUTION
## HENRY PHARRIS
## VS.
## PI TAU ELDERS, INC.

5. The Crossclaim Plaintiff repeats and realleges Paragraphs 1 – 4 of the Crossclaim as if fully set forth herein.

6. In her Complaint, the Plaintiff alleges that she suffered injuries and damages as the result of negligence of the Defendant/Crossclaim Plaintiff, HENRY PHARRIS, which negligence the Defendant/Crossclaim Plaintiff specifically denies.

7. On or about the date of the incident alleged in the Plaintiff's Complaint, the carelessness and negligence of the Crossclaim Defendant, PI TAU ELDERS, INC., its agents, servants or employees, caused the incident which the Plaintiff alleges caused her injuries and damages.

8. In the event any finding or judgment enters in favor of the Plaintiff, YVETTE YURI LANUZA DIGAN, against the Defendant/Crossclaim Plaintiff, HENRY PHARRIS, then the Crossclaim Defendant, PI TAU ELDERS, INC., is liable to the Crossclaim Plaintiff as a joint tortfeasor.

WHEREFORE, the Crossclaim Plaintiff, HENRY PHARRIS, demands judgment against the Crossclaim Defendant, PI TAU ELDERS, INC., in an amount equal to or greater than any finding or judgment against him in favor of the Plaintiff, YVETTE YURI LANUZA DIGAN, plus such further relief as the Court deems just and appropriate.

## COUNT II – CONTRIBUTION
## HENRY PHARRIS
## VS.
## ZETA PSI FRATERNITY, INC.

9. The Crossclaim Plaintiff repeats and realleges Paragraphs 1 – 4 of the Crossclaim as if fully set forth herein.

10. In her Complaint, the Plaintiff alleges that she suffered injuries and damages as the result of negligence of the Defendant/Crossclaim Plaintiff, HENRY PHARRIS, which negligence the Defendant/Crossclaim Plaintiff specifically denies.

11. On or about the date of the incident alleged in the Plaintiff's Complaint, the carelessness and negligence of the Crossclaim Defendant, ZETA PSI FRATERNITY, INC., its agents, servants or employees, caused the incident which the Plaintiff alleges caused her injuries and damages.

12. In the event any finding or judgment enters in favor of the Plaintiff, YVETTE YURI LANUZA DIGAN, against the Defendant/Crossclaim Plaintiff, HENRY PHARRIS, then the Crossclaim Defendant, ZETA PSI FRATERNITY, INC., is liable to the Crossclaim Plaintiff as a joint tortfeasor.

### COUNT III – CONTRIBUTION
### HENRY PHARRIS
### VS.
### WORCESTER POLYTECHNIC INSTITUTE

13. The Crossclaim Plaintiff repeats and realleges Paragraphs 1 – 4 of the Crossclaim as if fully set forth herein.

14. In her Complaint, the Plaintiff alleges that she suffered injuries and damages as the result of negligence of the Defendant/Crossclaim Plaintiff, HENRY PHARRIS, which negligence the Defendant/Crossclaim Plaintiff specifically denies.

15. On or about the date of the incident alleged in the Plaintiff's Complaint, the carelessness and negligence of the Crossclaim Defendant, WORCESTER POLYTECHNIC INSTITUTE, its agents, servants or employees, caused the incident which the Plaintiff alleges caused her injuries and damages.

16. In the event any finding or judgment enters in favor of the Plaintiff, YVETTE YURI LANUZA DIGAN, against the Defendant/Crossclaim Plaintiff, HENRY PHARRIS, then the Crossclaim Defendant, WORCESTER POLYTECHNIC INSTITUTE, is liable to the Crossclaim Plaintiff as a joint tortfeasor.

WHEREFORE, the Crossclaim Plaintiff, HENRY PHARRIS, demands judgment against the Crossclaim Defendant, WORCESTER POLYTECHNIC INSTITUTE, in an amount equal to or greater than any finding or judgment against him in favor of the Plaintiff, YVETTE YURI LANUZA DIGAN, plus such further relief as the Court deems just and appropriate.

WHEREFORE, the Defendant, HENRY PHARRIS, demands judgment against the Plaintiff and further demands that this action be dismissed.

AND FURTHER, the Defendant/Crossclaim Plaintiff claims a trial by jury on all the issues.

>HENRY PHARRIS
>Defendant/Crossclaim Plaintiff
>By His Attorney
>
>*Mark C. Darling*
>Mark C. Darling, Esquire
>MDarling@frpb.com
>FULLER, ROSENBERG,
>  PALMER & BELIVEAU
>6 Park Avenue
>Worcester, MA 01605
>(508) 756-6509
>BBO #114375
>
>HENRY PHARRIS
>Defendant/Crossclaim Plaintiff
>By His Attorney
>
>*Debbie L. Makris*
>Debbie L. Makris, Esquire
>dmakris@gssp-lawyers.com
>GETMAN, SCHULTHESS,
>  STEERE & POULIN, P.A.
>1838 Elm Street
>Manchester, NH 03104
>(603) 634-4300
>BBO #567450

Dated: September 5, 2025

## CERTIFICATE OF SERVICE

We hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies to those indicated as non-registered participants under date of September 5, 2025:

**Adam Clermont, Esquire**
aclermont@attorneyapc.com
6 Liberty Square, PMB 226
Boston, MA 02109
Attorney for Plaintiff, Digan

**Jeremia A. Pollard, Esquire**
jeremiapollard@yahoo.com
HANNON LERNER
184 Main Street, Box 697
Lee, MA 01238
Attorney for Plaintiff, Digan

**William F. Burke, Esquire**
wburke@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Attorney for Pi Tau Elders, Inc.
Attorney for Zeta Psi Fraternity, Inc.

**Victoria L. Steinberg, Esquire**
vsteinberg@clohertysteinberg.com
**Daniel J. Cloherty, Esquire**
dcloherty@clohertysteinberg.com
**Kristine C. Oren, Esquire**
koren@clohertysteinberg.com
CLOHERTY & STEINBERG, LLP
One Financial Center, Suite 1120
Boston, MA 02111
Attorney for Worcester Polytechnic Institute

*Debbie L. Makris*                           *Mark C. Darling*
Debbie L. Makris, Esquire                    Mark C. Darling, Esquire