UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

YVETTE YURI LANUZA DIGAN,           )
    Plaintiff                   )
                                )
VS.                                 )
                                )
HENRY PHARRIS, PI TAU ELDERS,       )
INC., ZETA PSI FRATERNITY, INC.,    )
and WORCESTER POLYTECHNIC           )
INSTITUTE,                          )     4:25-CV-11448-MRG
    Defendants                  )
                                )
and                                 )
HENRY PHARRIS,                      )
    Third Party Plaintiff       )
                                )
VS.                                 )
                                )
JAMES GIKAS, ANDREW MITCHELL        )
and LUXCO, INC.,                    )
    Third Party Defendants      )

**THIRD PARTY COMPLAINT AND
AND CLAIM OF JURY TRIAL
F.R.Civ.P. 14**

## THE PARTIES

1.    The Plaintiff, Yvette Yura Lanuza Digan, is a resident of Hong King. She has brought this action for personal injuries sustained in Worcester, Massachusetts, on or about May 13, 2025.

2.    The Plaintiff alleges she suffered burn injuries while attending a social event at the Zeta Psi Fraternity at 32 Dean Street in Worcester, Worcester County, Massachusetts.

3.    The Plaintiff alleges that the Defendant, Pi Tau Elders, Inc., is the owner, operator and overseer of the Fraternity.

4.    The Defendant, Zeta Psi Fraternity, Inc., is a New York corporation which has a house in Worcester, Worcester County, Massachusetts.

5.    The Defendant, Worcester Polytechnic Institute, (hereinafter "WPI") is a Massachusetts educational institution with a campus in Worcester, Massachusetts.

6.    The Defendant/Third Party Plaintiff, Henry Pharris, is a student at WPI and resides in Worcester, Worcester County, Massachusetts, during the academic year.

7.    The Third Party Defendant, James Gikas, is a student at WPI and resides at 339 High Street, Newburyport, Essex County, Massachusetts.

8.    The Third Party Defendant, Andrew Mitchell, is a student at WPI and resides at 32 Dean Street, Worcester, Worcester County, Massachusetts.

9.    The Third Party Defendant, Luxco, Inc., is a Missouri corporation with a principal place of business of 5050 Kemper Avenue, St. Louis, Missouri.  Luxco, Inc., regularly conducts business in Massachusetts, including the distribution, marketing and sale of alcohol products including Everclear 190 proof grain alcohol through the Commonwealth of Massachusetts.

## CLAIMS FOR CONTRIBUTION

10.    The Plaintiff has alleged that the Defendant and Third Party Plaintiff, Henry Pharris, was a member of the Zeta Psi Fraternity, and that at a social event at the Fraternity's house at 32 Dean Street in Worcester, Massachusetts, Henry Pharris "negligently poured a highly flammable liquid" onto a fire while acting within the scope of his duties as a Fraternity member.

11.    The Plaintiff has alleged that as a result of Henry Pharris' negligence, a fireball erupted, enveloping the Plaintiff and caused her injuries.

12.    The Defendant and Third Party Plaintiff, Henry Pharris, denies all liability to the Plaintiff and maintains that if it is judged that he was negligent and that his negligence caused injuries to the Plaintiff, that the Third Party Defendants were negligent and that their negligence or other tortious conduct or breach of warranty caused the Plaintiff's injuries, and all resulting personal injuries and damages.

13. The Third Party Defendant, James Gikas, was negligent in his role as Social Manager of the Fraternity and in his behavior at the time of the injury.

14. The Third Party Defendant, James Gikas, was central to the decision of the group to set up and play a game called "fire stump" in which players used a hammer to drive nails into a "stump" while a flammable liquid burned on top of the stump.

15. While the Defendant and Third Party Plaintiff, Henry Pharris, was pouring the flammable liquid on the stump, the Third Party Defendant, James Gikas, negligently placed a hammer into the pouring liquid, causing the explosion in which the Plaintiff was injured.

16. The Third Party Defendant, Andrew Mitchell, was serving as Sargent at Arms and Risk Manager for the Fraternity at this social event where the Plaintiff was injured.  Andrew Mitchell, along with James Gikas, negligently made the decision to add more of the flammable liquid to the stump after the initial fire on the stump had burned down and encouraged the Third Party Plaintiff, Henry Pharris, to do so.

17. The negligence of Andrew Mitchell, as Sargent at Arms, Risk Manager and in his personal conduct on May 13, 2025, at 32 Dean Street, Worcester, Worcester County, Massachusetts, caused the explosion in which the Plaintiff was injured.

18. The Third Party Defendant, Luxco, Inc., marketed, distributed and sold a 190 proof alcohol product called Everclear.  Luxco, Inc., was negligent and failed to provide adequate warnings concerning the product, breached warranties of merchantability and fitness for a particular purpose and was otherwise tortiously liable for the Plaintiff's injuries as more specifically plead in a collateral action filed against Luxco, Inc., by the Plaintiff, pending in this Court, Docket No. 4:25-CV-40091.

19. If the Defendant and Third Party Plaintiff, Henry Pharris, is found negligent or otherwise liable in tort to the Plaintiff, a liability which he expressly denies, then the Third Party Defendants are also liable for contribution as joint tortfeasors under the provisions of M.G.L. c. 231B.

WHEREFORE, the Defendant/Third Party Plaintiff, HENRY PHARRIS, demands judgment against the Third Party Defendants, JAMES GIKAS, ANDREW MITCHELL and LUXCO, INC., for their pro rata contributions toward satisfaction of any judgment the Plaintiff may obtain against him.

AND FURTHER, the Third Party Plaintiff claims a trial by jury on all the issues.

HENRY PHARRIS
Third Party Plaintiff
By His Attorney

*Mark C. Darling*

Mark C. Darling, Esquire
MDarling@frpb.com
FULLER, ROSENBERG,
  PALMER & BELIVEAU
6 Park Avenue
Worcester, MA 01605
(508) 756-6509
BBO #114375

HENRY PHARRIS
Third Party Plaintiff
By His Attorney

*Debbie L. Makris*

Debbie L. Makris, Esquire
dmakris@gssp-lawyers.com
GETMAN, SCHULTHESS,
  STEERE & POULIN, P.A.
1838 Elm Street
Manchester, NH 03104
(603) 634-4300
BBO #567450

Dated: September 5, 2025