UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YVETTE YURI LANUZA DIGAN,<br><br>    Plaintiff,<br><br>v.<br><br>HENRY PHARRIS, PI TAU ELDERS, INC., ZETA PSI FRATERNITY, INC., AND POLYTECHNIC INSTITUTE,<br><br>    Defendants,<br>and<br>HENRY PHARRIS,<br>    Third Party Plaintiff,<br><br>JAMES GIKAS, ANDREW MITCHELL and LUXCO, INC.,<br>    Third Party Defendants, | Case No.: 4:25-CV-11448-MRG |

**NOTICE OF LAW FIRM CHANGE**

Please be advised that on October 31, 2025, Getman, Schulthess, Steere & Poulin, P.A. changed its name to:

Poulin Hurley Makris & Lyons P.A.
1838 Elm Street
Manchester, NH 03104

Respectfully submitted,

Dated: October 31, 2025

By: /s/ Debbie L. Makirs
Debbie Lorusso Makris, Esq. (BBO #567450)
1838 Elm Street
Manchester, NH 03104
(603) 634-4300
dmakris@phml.law

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies to those indicated as non-registered participants under date of October 31, 2025.

Adam Clermont, Esquire
6 Liberty Square
Boston, MA 02109
aclennont@attorneyapc.com

David W. Heinlein
Heinlein Beeler Mingace & Heineman, P.C.
276 Union Avenue
Framingham, MA 01702
dheinlein@hbmhlaw.com

Jeremia A. Pollard, Esquire
HANNON LERNER P.C.
184 Main Street
Lee, MA 01238
jpollard.hannonlerner@gmail.com

Mark C. Darling, Esquire
FULLER, ROSENBERG, PALMER & BELIVEAU
6 Park Avenue
Worcester, MA 01605
MDarling@frpb.com

Robin A. Maher, Esquire
SEGALINI, NEVILLE & MAHER LLC
465 Waverley Oaks Road
Waltham, MA 02452
robin@sandn.com

Daniel M. Rabinovitz, Esquire
Laura E. Martin, Esquire
MURPHY & KING, P.C.
28 State Street
Boston, MA 02109
drabinovitz@murphyking.com
lmartin@murphyking.com

William F. Burke, Esquire
Jeffrey T. Rotella, Esquire

PRINCE LOBEL TYE LLP
One International Place
Boston, MA 02110
wburke@princelobel.com
jrotella@princelobel.com

Daniel J. Cloherty, Esquire
Victoria L. Steinberg, Esquire
Kristine C. Oren, Esquire
CLOHERTY & STEINBERG LLP
One Financial Center
Boston, MA 02111
dcloherty@clohertysteinberg.com
vsteinberg@clohertysteinberg.com
koren@clohertysteinberg.com

Chad W. Higgins, Esquire
Joseph Edward Long, Esquire
Zachary Brandwein, Esquire
Dentons Bingham Greenebaum
1 City Center
Suite 11100
Portland, ME 04104
chad.higgins@dentons.com
joseph.long@dentons.com
zack.brandwein@dentons.com

Peter M. Durney, Esquire
Christopher J. Hurst, Esquire
Smith Duggan Cornell & Gollub LLP
101 Arch Street
Suite 1100
Boston, MA 02110
pdurney@smithduggan.com
churst@smithduggan.com

Benjamin S. Harner, Esquire
Carl J Pesce, Esquire
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
bharner@thompsoncoburn.com
cpesce@thompsoncoburn.com

Dated: October 31, 2025                By:  /s/ Debbie L. Makirs_____
                                            Debbie Lorusso Makris, Esq. (BBO #567450)