AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Yvette Yuri Lanuza Digan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:25-cv-11448-MRG |
| Henry Pharris, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third Party Defendant Luxco, Inc.                                                                                                   .

Date:   12/18/2025                                                                     /s/ Samantha Peters
                                                                                              *Attorney's signature*

                                                                       Samantha Peters, BBO No. 705783
                                                                               *Printed name and bar number*

                                                                           Dentons Bingham Greenebaum LLP
                                                                                One City Center, Suite 11100
                                                                                   Portland, Maine 04101
                                                                                            *Address*

                                                                            samantha.peters@dentons.com
                                                                                         *E-mail address*

                                                                                       (207) 544-6491
                                                                                      *Telephone number*

                                                                                         *FAX number*

**CERTIFICATE OF SERVICE**

    I, Samantha Peters, hereby certify that this document filed through the ECF system on December 18, 2025 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Samantha Peters*
                                                Samantha Peters, Esq. (BBO No. 705783)
                                                Dentons Bingham Greenebaum LLP
                                                One City Center, Suite 11100
                                                Portland, ME 04101-6420
                                                (207) 544-6491
                                                samantha.peters@dentons.com

                                                COUNSEL FOR DEFENDANT LUXCO, INC.