**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

_____          )
                                                  )
YVETTE YURI LANUZA DIGAN,                          )
                                                  )
      Plaintiff,                            )
                                                  )
v.                                                )
                                                  )    Case No.: 4:25-CV-11448-MRG
HENRY PHARRIS, PI TAU ELDERS,                     )
INC., ZETA PSI FRATERNITY, INC.,                  )
AND WORCESTER POLYTECHNIC                         )
INSTITUTE,                                        )
                                                  )
      Defendants,                           )
and                                               )
HENRY PHARRIS,                                    )
      Third Party Plaintiff,                )
                                                  )
JAMES GIKAS, ANDREW MITCHELL                      )
and LUXCO, INC.,                                  )
      Third Party Defendants,               )
_____)

## DEFENDANT/THIRD-PARTY PLAINTIFF HENRY PHARRIS' ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO WORCESTER POLYTECHNIC ISTITUTE'S MOTION TO DISMISS CROSSCLAIM

Defendant/Third-Party Plaintiff, Henry Pharris ("Pharris"), by and through his counsel, and with the assent of Worcester Polytechnic Institute's ("WPI"), and respectfully requests that this Court grant an extension of time within which to file a response to WPI's Motion to Dismiss Crossclaim. In support of this Motion, Pharris states:

1.    Defendant/Third-Party Plaintiff Pharris filed a Crossclaim against WPI on September 22, 2025.

2.    WPI subsequently requested extensions to respond to the pleadings which were granted.

3. On March 27, 2026, WPI filed a Motion to Dismiss Pharris' Crossclaim.

4. The deadline for Defendant/Third-Party Plaintiff, Pharris to response to WPI's Motion to Dismiss Crossclaim is April 10, 2026.

5. Defendant/Third-Party Plaintiff, Henry Pharris seeks additional time to file his response to WPI's Motion to Dismiss Crossclaim, until April 24, 2026.

6. Counsel for the moving party, WPI, assents to this Motion.

WHEREFORE, for the foregoing reasons, Henry Pharris respectfully requests that this honorable Court:

A. Enter an order granting it an extension of time to April 24, 2026, to file a response to Defendant WPI's Motion to Dismiss Crossclaim; and

B. Such other relief that is just and equitable.

Respectfully submitted,

**HENRY PHARRIS**

By His attorneys,

Dated: April 10, 2026

By: /s/ Debbie L. Makris
Debbie Lorusso Makris, Esq.
BBO #567450
Poulin Hurley Makris & Lyons P.A
1838 Elm Street
Manchester, NH 03104
(603) 634-4300
dmakris@phml.law

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2026, this document was filed through the ECF system and will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

By:  /s/ Debbie L. Makris
    Debbie Lorusso Makris, Esq.